# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Carlene Bertrand, | Case No.  1:16-cv-00424-MRB |
| Plaintiff, | Judge:  Michael R. Barrett |
| v. | |
| Key 2 Recovery, Inc., | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Date: May 19, 2016

By: /s/ Jeffrey S. Hyslip
Jeffrey S. Hyslip
Ohio Bar No. 0079315
**Hyslip & Taylor, LLC, LPA**
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Phone: 312-380-6110
Fax: 312-361-3509
Email: jeffrey@lifetimedebtsolutions.com
*Attorney for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 19, 2016, I electronically filed the foregoing Notice.  Service of this filing will be made by the Plaintiff's Counsel upon the following:

Douglas Plummer
Key 2 Recovery, Inc.
8206 Eagle Ridge Drive
West Chester, OH  45069

                              /s/ Jeffrey S. Hyslip